**UNITED STATES of America,**
**Appellee,**

v.

**Robert THOMAS, also known**
**as Brooklyn, Defendant–**
**Appellant.**

**No. 09–3388–cr.**

United States Court of Appeals,
Second Circuit.

Sept. 9, 2010.

William T. Koch, Jr., Lyme, CT, for Appellant.

Patrick F. Caruso, Assistant United States Attorney (Sandra S. Glover, of counsel), for David B. Fein, United States

Attorney for the District of Connecticut, New Haven, CT, for Appellee.

PRESENT: JOSEPH M. MCLAUGHLIN, GERARD E. LYNCH, Circuit Judges, WILLIAM K. SESSIONS, III, District Judge.*

## SUMMARY ORDER

Appellant Thomas, who was sentenced to 180 months in prison as a career offender following his conviction for distribution of crack cocaine, moved for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2). The district court declined to grant the reduction, and denied Thomas's further request for a "full resentencing," at which he sought to revisit his designation as a career offender.

Thomas does not challenge the district court's discretionary denial of a sentence reduction. He does, however, appeal the district court's ruling that U.S.S.G. § 1B1.10(b)(1) precludes a plenary resentencing under 18 U.S.C. § 3582(c)(2). Thomas's brief essentially conceded that the district court's ruling was correct under our decision in *United States v. Savoy,* 567 F.3d 71 (2d Cir.2009), but argued that *Savoy* might be overruled by the Supreme Court in a then-pending case, *Dillon v. United States,* — U.S. —, 130 S.Ct. 2683, 177 L.Ed.2d 271 (2010).

After the instant case was fully briefed, however, the Supreme Court decided *Dillon,* and agreed with our conclusion in *Savoy. Dillon,* 130 S.Ct. at 2693. We have since applied the rule of *Dillon* to a claim essentially identical to Thomas's. *See United States v. Mock,* 612 F.3d 133, 134–35 (2d Cir.2010). As *Dillon* and *Mock* are dispositive of Thomas's sole argument

* The Honorable William K. Sessions III, Chief Judge, United States District Court for the

on appeal, the judgment of the district court is AFFIRMED.

District of Vermont, sitting by designation.